UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GAITAN,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.<br><br>    Defendants. | Case No. 1:24-cv-00300-KES-SAB<br><br>ORDER RE SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT<br><br>(ECF No. 8) |

On June 4, 2024, the parties filed a stipulation to extend time for Defendant to respond to Plaintiff's complaint until after the Defendant's motion to transfer this matter and be consolidated with multidistrict litigation. The Court finds that good cause exists to grant the stipulation.

Accordingly, IT IS HEREBY ORDERED THAT Defendant Bank of America, N.A. shall have until **thirty (30) days** after the Judicial Panel on Multidistrict Litigation's ruling on Defendant's motion to transfer to respond to the complaint.

IT IS SO ORDERED.

Dated:   **June 4, 2024**

UNITED STATES MAGISTRATE JUDGE

1