# UNITED STATES JUDICIAL PANEL
# on MULTIDISTRICT LITIGATION

**IN RE: BANK OF AMERICA CALIFORNIA**
**UNEMPLOYMENT BENEFITS LITIGATION**

Gaitan v. Bank of America N.A., )
    E.D. California, No. 1:24-cv-00300 )     MDL No. 2992

## ORDER GRANTING UNOPPOSED MOTION TO TRANSFER
## AND VACATING THE JULY 25, 2024, HEARING SESSION ORDER

Pending before the Panel is a motion by defendant Bank of America N.A., seeking transfer of this action to the Southern District of California for inclusion in the coordinated or consolidated pretrial proceedings occurring there in MDL No. 2992.

The time for filing a response has passed, and no opposition to the motion has been filed. Plaintiff is deemed to acquiesce to the motion under Rule 6.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. It appears that this action involves questions of fact in common with the actions previously transferred to the Southern District of California and that the criteria for transfer of this action under 28 U.S.C. § 1407 are otherwise satisfied.

IT IS THEREFORE ORDERED, pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, that this action is transferred under 28 U.S.C. §1407 to the Southern District of California and, with the consent of that court, assigned to the Honorable Gonzalo P. Curiel for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of California.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 14, 2024, are VACATED insofar as they relate to this matter.

I hereby attest and certify on Jun 24, 2024 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ J. Olsen
    Deputy

FOR THE PANEL:

_____
Marcella R. Lockert
Acting Clerk of the Panel